# Court of Appeals, State of Michigan

## ORDER

Jeffrey Minor v City of Sylvan Lake

Docket No.    314220; 314230; 316793

LC No.    2010-109596-NO

William B. Murphy, C.J.
Presiding Judge

William C. Whitbeck

Michael J. Talbot
Judges

The Court orders that the motion for reconsideration is GRANTED for clarification purposes, and this Court's opinion issued August 26, 2014 is hereby VACATED. A new opinion is attached to this order.

Murphy, C.J., I concur in granting plaintiff's motion for reconsideration and agree that the initial majority opinion should be vacated. And I also conclude that my prior concurring opinion should be vacated. But I do not concur with the analysis and part of the result in the majority's new opinion on reconsideration. Accordingly, I vacate my previous concurring opinion and issue the attached opinion on reconsideration that concurs in part and dissents in part.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

NOV 2 5 2014
Date

Chief Clerk